```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              No. C 07-5413 MMC
        Plaintiff,
    v.                                 JUDICIAL REFERRAL
                                       FOR PURPOSES OF
APPROXIMATELY $61,505 IN UNITED        DETERMINING
STATES CURRENCY,                       RELATIONSHIP OF
                                       CASES
        Defendant,

    and

FRANK JOSEPH ALIOTO,

        Claimant.
                                   /
UNITED STATES OF AMERICA,              No. C 08-0318 MMC

        Plaintiff,

    v.

APPROXIMATELY $34,320 IN UNITED
STATES CURRENCY,

        Defendant,

    and

FRANK JOSEPH ALIOTO,

        Claimant.
                                   /
UNITED STATES OF AMERICA,              No. C 11-0249 CW

        Plaintiff,

    v.

APPROXIMATELY $104,770 IN UNITED
STATES CURRENCY,

        Defendant,

    and

FRANK JOSEPH ALIOTO,

        Claimant.
                                   /
```

**United States District Court**
For the Northern District of California

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned cases to District Judge Maxine M. Chesney to consider whether they are related.

IT IS SO ORDERED.

Dated: 5/25/2011

CLAUDIA WILKEN
United States District Judge