IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-249 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE MOTION TO SUPPRESS** |
| v. | |
| APPROXIMATELY $104,770 IN UNITED STATES CURRENCY, | |
| Defendant. | |

    Before the Court is claimant Frank Joseph Alioto's ("Alioto") "Motion to Suppress Evidence and Request for Evidentiary Hearing," filed March 17, 2011. On June 22, 2011, the Court granted plaintiff United States of America's (the "Government") motion to stay the above-titled action pursuant to 18 U.S.C. § 981(g). On December 12, 2011, the Court granted the Government's motion to extend the stay, and extended the stay for an additional 90 days beginning November 30, 2011.

    In light of the stay, Alioto's motion is hereby DENIED without prejudice to refiling once the stay has been lifted.

    **IT IS SO ORDERED.**

Dated: February 7, 2012

                                        MAXINE M. CHESNEY
                                        United States District Judge