1  EDWARD M. BURCH, SBN 255470
2  DAVID M. MICHAEL, SBN 74031
   LAW OFFICES OF DAVID M. MICHAEL
3  101 California Street, Suite 2450
   San Francisco, CA 94111
4  Telephone:    (415) 946-8996
   Facsimile:    (877) 767-3821
5  E-mail:       edward@davidmichaellaw.com

6
   Attorneys for Claimant
7  FRANK JOSEPH ALIOTO

8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
10

11 UNITED STATES OF AMERICA,

12          Plaintiff,              No. 4: 11-CV-00249 MMC

13 v.                              STIPULATION TO EXTEND STAY
                                   OF FURTHER PROCEEDINGS;
14 APPROXIMATELY $104,770 IN UNITED [PROPOSED] ORDER
   STATES CURRENCY,
15
            Defendant.
16
   _____/
17
   FRANK JOSEPH ALIOTO,
18
            Claimant.
19
   _____/
20

21       Plaintiff United States of America and claimant Frank Joseph Alioto, by and through

22 their respective counsel, hereby stipulate that an extension of the stay previously entered in this

23 case on April 9, 2012 (Doc. # 50), is necessary in the above entitled action, and request that the

24 Court enter an order staying all further proceedings for an additional three (3) months.

25       The reason for this stay is that claimant has recently been charged by superceding

26 indictment in a criminal prosecution in the Eastern District of California (Case No. 2:11-cr-

27 00190-MCE-6, Doc. # 41 5/3/12). Mr. Alioto has been appointed counsel in said criminal case.

28       Undersigned counsel for Claimant believes it is prudent to allow Mr. Alioto's criminal

                                        1

attorney a reasonable amount of time to familiarize himself with the criminal case and the present forfeiture case and otherwise be fully informed before effectively determining that a stay of this civil forfeiture case pending the resolution of the criminal case is appropriate/desired.

The parties for this stipulation agree that (1) civil discovery may adversely affect the ability of the Government to conduct the prosecution of a related criminal case and/or (2) continuation of this forfeiture proceeding may burden the right of the claimant against self-incrimination in the related case. See 18 U.S.C. § 981(g), subds (1) & (2).

The parties further stipulate that time will be tolled during this three month stay in regard to Claimant's arguments that Plaintiff has violated his due process right to have a forfeiture hearing be brought without unreasonable delay, and that this three month stay will not count toward any time period that Claimant would claim was attributable to the government and weighed for dismissal. *See* Doc. # 47.

This stipulation is based on the above information and the pleadings and filings in this action.

Respectfully Submitted,

Law Office of David M. Michael

Dated: 8 May 2012

s/*Edward M. Burch*_____
EDWARD M. BURCH
Attorney for Claimant Frank Alioto

MELINDA HAAG
United States Attorney

Dated: 8 May 2012

s/*David Countryman*_____
DAVID COUNTRYMAN
Assistant United States Attorney

Attorney for Plaintiff United States

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until August ___10___, 2012, at which time the Court will conduct a further status hearing in the matter.

The parties will either stipulate to a further stay or file a timely joint status report, ~~before~~ to be filed on or before August 3, 2012.   said report
~~said date~~.

IT IS SO ORDERED.

Dated: __May 10, 2012__

_____
HONORABLE Maxine Chesney
United States District Judge

3